UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE PORTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV00322 ERW |
| | ) | |
| ST. LOUIS COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on plaintiff's motion to subpoena documents. The Court will deny the motion without prejudice for several reasons. First, plaintiff has not filled out a subpoena for the Clerk to sign and serve on a non-party. Second, plaintiff has not named any person to whom the subpoena should be directed. Finally, the Court has not yet set a schedule for discovery in this case, which will be done after service and answer of Defendant Unknown Willis, and plaintiff may be able to get the information he needs through discovery with defendants.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to subpoena documents [#18] is **DENIED** without prejudice.

Dated this 18th Day of June, 2009.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE